UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )   INDICTMENT |
| v. | ) |
| | ) |
| 1. DARNELL TRAVOR KING, | ) |
| 2. LATESE CAPREE HUDSON, | ) |
| 3. JAMES PURNELL THOMAS, | ) |
| Defendants. | |

CR 14-206 JNE/JJK

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Conspiracy to Distribute Heroin)

From on or about at least January 1, 2014 through on or about January 24, 2014, in the State and District of Minnesota, the defendants,

**DARNELL TRAVOR KING
LATESE CAPREE HUDSON, and
JAMES PURNELL THOMAS,**

knowingly and intentionally conspired with each other to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

## COUNT 2
(Possession with Intent to Distribute Heroin)

On or about January 24, 2014, in the State and District of Minnesota, the defendants,

SCANNED
JUN 19 2014
U.S. DISTRICT COURT MPLS

United States v. Darnell Travor King, et al.

**DARNELL TRAVOR KING**
**LATESE CAPREE HUDSON, and**
**JAMES PURNELL THOMAS,**

each aiding and abetting the other, knowingly and intentionally possessed with the intent to distribute approximately 524 grams of a mixture or substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

Upon conviction of either of the Counts of this Indictment, the defendants shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds the defendants obtained directly or indirectly as a result of said violations, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violations, including but not limited to:

$20,445 in U.S. currency seized on January 24, 2014 during the search of 1929 Third Avenue South, # 305, Minneapolis, Minnesota;

A Ruger 9 mm semi-automatic pistol, serial number 3321529, and ammunition;

A Smith and Wesson Walther PPS 40 caliber pistol, serial number AD0256, and ammunition.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p). All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), 846, and 853(a)(1) and (2).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY                FOREPERSON